**The United States District Court
District of Puerto Rico**

```
WH. H. MC GEE & COMPANY OF          *
PUERTO RICO, INC.
                                    *
    PLAINTIFF,
                                    *
VS.                                       CV. 98-1792 (JAF)
                                    *
M/V JACKSONVILLE, HER ENGINES,
TACKLE, APPAREL, ETC., IN REM;      *
AND IN PERSONAM, CINCINNATI
MILACRON MARKETING CORP., ET ALS.   *

    DEFENDANT (S).                  *
```

# O-R-D-E-R

By Order of the Court, Pretrial Conference of November 24, 1999, at 1:30 p.m., is hereby moved for December 3, 1999 at 1:30 p.m.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of November, 1999.

                                    **JOSE A. FUSTE
U.S. DISTRICT JUDGE**

By: _____
Rebecca Agosini-Viana - Deputy Clerk

Copies: 1. Roberts, Lawrence / 2. Colon-Ramirez, Francisco
3. Toro, Angelica / 4. Bruno-Rovira, Francisco
5. Negron-Ramos, Candida