# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



WM.H. McGEE & COMPANY OF PR

VS.

M/V JACSONVILLE, ET AL

CIVIL NO. 98-1792 (JAF)

---

## DESCRIPTION OF MOTION

DATE FILED: 10/22/99   DOCKET #: 18   TITLE: MOTION by Cincinnati Milacron to Extend Time for 5 days to submit its motion for summary judgment

[ ] Plaintiff(s)
[X] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: movant shall file the motion supported by the unanswered request for admission before next Wed. 8 Dec /99. The requests are deemed admitted as a sanction for failure to respond to discovery.

12/3/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE