# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO




WM.H. McGEE & COMPANY OF PR

VS.

M/V JACSONVILLE, ET AL

CIVIL NO. 98-1792 (JAF)

---

## DESCRIPTION OF MOTION

DATE FILED: 10/26/99   DOCKET #: 19   TITLE: MOTION by WH. H. Mc Gee & Co. to Extend Time until 11/12/99 to file opposition to motion for summary judgment

[x] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Moot. Time requested has long passed.

12/3/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

25