# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



WM.H. McGEE & COMPANY OF PR

VS.

M/V JACSONVILLE, ET AL

CIVIL NO. 98-1792 (JAF)

---

### DESCRIPTION OF MOTION

| DATE FILED: 11/19/99 | DOCKET #: 21 | TITLE: MOTION by WH. H. Mc Gee & Co.|to Vacate [16-0] order denying continuance of PTO|, and |to Extend Time for 20 days to file opposition deft Intermodal Caribbean Express' motion for sum/jgm and re: discovery| |
|---|---|---|
| [x] Plaintiff(s) <br> [ ] Defendant(s) | | |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Denied. P.t. conf could not be held for failure of plaintiff to discover or prepare.

12-3-99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE