UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Wm H McGee et al

vs.

M/V Jacksonville

CIVIL NO. 98-1792 (JAF)

RECEIVED & FILED
99 DEC -6 AM 9:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

---

### DESCRIPTION OF MOTION

DATE:
FILED:          DOCKET:#        Title:

( ) Plffs        ( ) Defts

( ) Government   ( ) Other

---

### ORDER

Candida Rosa Negrón, Esq., attorney for Plaintiff appeared at the conclusion of today's conference and was ordered to consult with client the alternative of entering a voluntary dismissal with prejudice. Deadline Dec 8, 1999.

12-3-99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

27