UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Wm. H. McGEE & COMPANY OF PUERTO RICO, INC., *
*
*
Plaintiff, * Civil No. 98-1792 (JAF)
*
v. *
*
M/V JACKSONVILLE, HER ENGINES, *
TACKLE, APPAREL, ETC., *In Rem* *
and *In Personam*; CINCINNATI *
MILACRON MARKETING CORP.; *
HOSEA WORLDWIDE, INC.; *
INTERMODAL CARIBBEAN EXPRESS, *
INC.; ET AL., *
*
Defendants. *
-----------------------------------*

## **J U D G M E N T**

The Plaintiff's "Motion in Compliance with Order and for Voluntary Dismissal with Prejudice," filed on December 22, 1999, <u>Docket Document No. 30</u>, is **granted**. Judgment is entered dismissing with prejudice the complaint filed herein against Cincinnati Milacron Marketing and Intermodal Caribbean Express, Inc., each party to bear its own costs, expenses, and attorney's fees.

San Juan, Puerto Rico, this 20th day of January, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge